1  Thomas Lether, WSBA #18089
   Eric J. Neal, WSBA #31863
2  1848 Westlake Ave N., STE 100
   Seattle, WA 98109
3  P: 206-467-5444  F: 206-467-5544
   tlether@letherlaw.com
4  eneal@letherlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NEW SOUTH INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA S. VARGAS, a minor child of MARCOS TORRES, and MARIA VARGAS, husband and wife, and the marital community thereof, and MARGARET INOUYE, an individual.<br><br>Defendants. | Cause No. 2:19-cv-00994-RSL<br><br>[PROPOSED] ORDER OF DISMISSAL OF MARGARET INOUYE |

**ORDER**

Based on the Stipulated Motion to Dismiss Margaret Inouye, it is now, hereby:

ORDERED that Defendant Margaret Inouye is hereby dismissed from this action without prejudice and without recovery.

DATED: September 13, 2019.

_____
Honorable Robert S. Lasnik

[PROPOSED] ORDER OF DISMISSAL OF
MARGARET INOUYE – 1

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  Presented By:

2  LETHER & ASSOCIATES, PLLC

3  /s/ Thomas Lether
   Thomas Lether, WSBA #18089
4  Eric J. Neal, WSBA #31863
   1848 Westlake Ave N., Suite 100
5  Seattle, WA 98109
   Telephone: (206) 467-5444
6  Facsimile: (206) 467-5544
   tlether@letherlaw.com
7  eneal@letherlaw.com
   *Counsel for New South*
8  *Insurance Company*

[PROPOSED] ORDER OF DISMISSAL OF
MARGARET INOUYE – 2

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544